UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARIO O., | Case No. 21-CV-2469 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court has received the December 13, 2022 Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth C. Wright. (ECF No. 33.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 33) is ACCEPTED;

2. Plaintiff's Motion for Summary Judgment (ECF No. 23) is GRANTED IN PART AND DENIED IN PART;

3. Defendant's Motion for Summary Judgment (ECF No. 29) is GRANTED IN PART AND DENIED IN PART; and

4. The above-captioned case is REMANDED to the Social Security Administration under 42 U.S.C. Section 405(g) for further proceedings not inconsistent with this order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 9, 2023                                   BY THE COURT:

                                                         s/Nancy E. Brasel
                                                         Nancy E. Brasel
                                                         United States District Judge